DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

Entered on Docket
October 03, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 3, 2017



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
JOHN MICHAEL MANGIAFRIDDA and
SANDRA MARIA AVILA-MANGIAFRIDDA

Debtor(s)

Chapter 13
Case No: 16-1-0247 DM

ORDER OF DISMISSAL

At the Motion to Dismiss hearing, the Court ordered debtor(s) to tender a Trustee payment in the amount of $8,595.68 or file a modification no later than 9/28/17.  Debtor(s) did not comply with this order.  A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtors Failure to Comply with a Court Order was filed on October 2, 2017.

Upon consideration of the Motion to Dismiss, filed by DAVID BURCHARD, Chapter 13 Trustee, in the above-entitled case, which has been heard on September 13, 2017, and proof having been given to the satisfaction of the Court that said motion and hearing thereon was duly served upon the debtor and debtor's counsel, and the allegations of the Trustee's motion having been found to be true; and good cause appearing:

IT IS NOW ORDERED that the debtor's proceedings herein be dismissed, and that any restraining orders heretofore entered in these proceedings are vacated.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the Court.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

JOHN MICHAEL MANGIAFRIDDA and SANDRA MARIA AVILA-MANGIAFRIDDA
2708 BOND ST
SANTA ROSA, CA 95407

**PLEASE NOTIFY ALL OTHER PARTIES IN INTEREST.**