```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                                Case No. 16-10247-DM
John Michael Mangiafridda                                             Chapter 13
Sandra Maria Avila-Mangiafridda
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0971-1           User: dsondheim             Page 1 of 3              Date Rcvd: Oct 03, 2017
                               Form ID: DOC                Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db/jdb         +John Michael Mangiafridda,    Sandra Maria Avila-Mangiafridda,    2708 Bond St,
                 Santa Rosa, CA 95407-6268
cr             +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr             +Fay Servicing, LLC,    ALDRIDGE PITE, LLP,    c/o Gilbert R. Yabes,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +WELLS FARGO BANK, N.A.,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +WILMINGTON TRUST, NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Wilmington Trust National Association,    Robertson, Anschutz & Schneid, P.L,,
                 6409 Congress Ave.,,   Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr             +Wilmington Trust, National Association, Not In Its,    c/o Brandye N Foreman,
                 20955 Pathfinder Road, Suite 300,    Diamond Bar, CA 91765-4029
cr             +Wilmington Trust, National Association, not in its,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14297289        AT&T,   PO Box 55126,    Marshfield, MA 02050
14297285       +Aes/national Collegiat,    Po Box 61047,    Harrisburg, PA 17106-1047
14297286       +Aes/nct,   1200 North 7th Street,    Harrisburg, PA 17102-1419
14297287       +American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
14297290       +Barrett Daffin Frappier Treder & Weiss,    15000 Surveyor Blvd., Ste. 500,
                 Addison, TX 75001-4417
14297291       +Bay Area Fast Trak,    62 First St,    San Francisco, CA 94105-2508
14297292       +Berman E Rabin,    15280 Metcalf Ave,    Overland Park, KS 66223-2811
14297295        Citi Bank,   PO Box 184042,    Columbus, OH 43218
14297297       +Fay Servicing,    440 S Lasalle, Ste. 2000,    Chicago, IL 60605-5011
14297298       +Fay Servicing, LLC,    PO Box 3187,    Carol Stream, IL 60132-3187
14297299       +Fayfinancial,    939 W North Ave,    Chicago, IL 60642-7138
14297301       +First National Collection,    610 Waltham Way,    Sparks, NV 89434-6695
14297304       +Franklin Collection,    PO Box 3910,    Tupelo, MS 38803-3910
14327248       +Mason,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14297313       +Mason Easy Pay,    1251 1st Ave,    Chippewa Falls, WI 54729-1691
14297315       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
14297316       +National Credit Adjusters,    327 W 4th St,    Hutchinson, KS 67501-4842
14594104       +ROBERTSON, ANSCHUTZ & SCHNEID,P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,
                 BOCA RATON, FL 33487-2853
14297318       +Ratto Group,    3400 Standish Ave,    Santa Rosa, CA 95407-8112
14297319       +Rev Rec Corp,    612 Gay St,    Knoxville, TN 37902-1603
14324770        Reviver Financial, LLC,    Attn: Michael Swanson,    P.O. Box 3023,    Hutchinson, KS 67504-3023
14297321       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14327245       +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14297326       +T-Mobile,    733 Coddingtown Center #354a,    Santa Rosa, CA 95401-3510
14297328       +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
14297334       +Wilmington Trust, N.A.,    10250 Constellation Boulevard, Ste. 2800,
                 Los Angeles, CA 90067-6244
14385265       +Wilmington Trust, National Association,    trustee (see 410),    c/o Fay Servicing, LLC,
                 939 W. North Avenue Suite 680,    Chicago, Illinois 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Oct 04 2017 01:43:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Oct 04 2017 01:43:00      CA Franchise Tax Board,    Bankruptcy Group,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
14356497        EDI: BECKLEE.COM Oct 04 2017 01:43:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN PA 19355-0701
14297288       +EDI: AMEREXPR.COM Oct 04 2017 01:43:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
14297294        EDI: CAPITALONE.COM Oct 04 2017 01:43:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14374798        EDI: BL-BECKET.COM Oct 04 2017 01:43:00      CAPITAL ONE NA,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN PA 19355-0701
14297293       +EDI: CAPITALONE.COM Oct 04 2017 01:43:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14307010        EDI: CAPITALONE.COM Oct 04 2017 01:43:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
14297296       +E-mail/Text: bankruptcy@cashcentral.com Oct 04 2017 01:51:40      Dfs/cash Central Of Ca,
                 84 E 2400 N,    North Logan, UT 84341-2902
14378883        EDI: CALTAX.COM Oct 04 2017 01:43:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
14297305        E-mail/Text: bankruptcynotice@franklincredit.com Oct 04 2017 01:51:22
                 Franklin Credit Mngmnt,    101 Hudson St,    Jersey City, NJ 07302
14297300       +EDI: BLUESTEM Oct 04 2017 01:43:00      Finger Hut,    PO Box 166,    Newark, NJ 07101-0166
14297302       +EDI: FSAE.COM Oct 04 2017 01:43:00      First Source Advantage,    205 Bryant Woods South,
                 Buffalo, NY 14228-3609
```

```
District/off: 0971-1           User: dsondheim               Page 2 of 3                   Date Rcvd: Oct 03, 2017
                               Form ID: DOC                  Total Noticed: 79
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14297303       +EDI: CALTAX.COM Oct 04 2017 01:43:00      Franchis Tax Board,    PO Box 942840,
                 Sacramento, CA 94240-0001
14297306       +EDI: STFC.COM Oct 04 2017 01:43:00      Fresh View Solutions,    4340 S Monaco St, Ste. 400,
                 Denver, CO 80237-3485
14297307       +EDI: RMSC.COM Oct 04 2017 01:43:00      General Electric Capital,    901 Main Ave,
                 Norwalk, CT 06851-1168
14297309       +EDI: PHINAMERI.COM Oct 04 2017 01:43:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14297310       +EDI: IIC9.COM Oct 04 2017 01:43:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14383725       +EDI: IRS.COM Oct 04 2017 01:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14297311        EDI: JEFFERSONCAP.COM Oct 04 2017 01:43:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
14362373        EDI: JEFFERSONCAP.COM Oct 04 2017 01:43:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14297312       +EDI: CBSKOHLS.COM Oct 04 2017 01:43:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14313886        EDI: RESURGENT.COM Oct 04 2017 01:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14297314       +EDI: MID8.COM Oct 04 2017 01:43:00      Midland Credit Management,    2365 Northside Dr, Ste. 300,
                 San Diego, CA 92108-2709
14310611       +EDI: MID8.COM Oct 04 2017 01:43:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
14385984        EDI: PRA.COM Oct 04 2017 01:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14376915       +EDI: ATTWIREBK.COM Oct 04 2017 01:43:00      Pacific Bell Telephone Company,
                 % AT&T Services, Inc,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
14300863        E-mail/Text: ebn@vativrecovery.com Oct 04 2017 01:51:23      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
14297317       +E-mail/Text: bankruptcy@prosper.com Oct 04 2017 01:51:50      Prosper Marketplace In,
                 101 2nd St Fl 15,    San Francisco, CA 94105-3672
14314994        EDI: Q3G.COM Oct 04 2017 01:43:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
14297320       +E-mail/Text: courtinfo@myshs.com Oct 04 2017 01:51:33      Safe Home Security,    55 Sebethe Dr,
                 Cromwell, CT 06416-1054
14297322       +E-mail/PDF: clerical@simmassociates.com Oct 04 2017 01:54:29      Simm Associates,
                 800 Pencader Dr.,    Newark, DE 19702-3354
14297323       +EDI: RMSC.COM Oct 04 2017 01:43:00      Syncb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
14297324       +EDI: RMSC.COM Oct 04 2017 01:43:00      Syncb/lowes,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
14297325       +EDI: RMSC.COM Oct 04 2017 01:43:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
14297327        EDI: WTRRNBANK.COM Oct 04 2017 01:43:00      Target Nb,    C/o Target Credit Services,
                 Minneapolis, MN 55440
14297329       +EDI: BLUESTEM Oct 04 2017 01:43:00      Webbank/fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
14297330       +EDI: BLUESTEM Oct 04 2017 01:43:00      Webbank/gettington,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
14297331       +EDI: WFFC.COM Oct 04 2017 01:43:00      Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
14323513        EDI: WFFC.COM Oct 04 2017 01:43:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,    Irvine, CA 92623-9657
14375820        EDI: WFFC.COM Oct 04 2017 01:43:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
14379743        EDI: WFFC.COM Oct 04 2017 01:43:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
14297332       +EDI: WFFC.COM Oct 04 2017 01:43:00      Wells Fargo Hm Mortgag,    Po Box 10335,
                 Des Moines, IA 50306-0335
14297333       +EDI: WFFC.COM Oct 04 2017 01:43:00      Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              James Sansone,    Law Offcices of James V. Sansone,    1260 N Dutton Ave., Ste. 135,    Santa Rosa
14297308        Gettington,    6250 Ridgewood Rd.,    MN 56306
                                                                                           TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:

        Brandye N. Foreman    on behalf of Creditor    Wilmington Trust, National Association, Not In Its Individual Capacity, but Soley as Trustee for MFRA Trust 2015-2 NDCAECF@BDFGROUP.COM
        David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
        Edward A. Treder    on behalf of Creditor    Wilmington Trust, National Association, Not In Its Individual Capacity, but Soley as Trustee for MFRA Trust 2015-2 ndcaecf@BDFGroup.com
        Gilbert R. Yabes    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 ecfcanb@aldridgepite.com, GRY@ecf.inforuptcy.com
        Gilbert R. Yabes    on behalf of Creditor    Fay Servicing, LLC ecfcanb@aldridgepite.com, GRY@ecf.inforuptcy.com
        James Sansone    on behalf of Creditor James Sansone jvslawecfmail@gmail.com
        Julian T. Cotton    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION julian.cotton@buckleymadole.com
        Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
        Robert P. Zahradka    on behalf of Creditor    WELLS FARGO BANK, N.A. RPZ@tblaw.com, caecf@tblaw.com
        Sean Ferry    on behalf of Creditor    Wilmington Trust National Association bkyecf@rasflaw.com, sferry@ecf.courtdrive.com

        TOTAL: 10

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | John Michael Mangiafridda and Sandra Maria Avila–Mangiafridda<br>dba Ad Litem Attorney Support<br>Debtor(s) | Case No.: 16–10247 DM 13<br>Chapter: 13 |
|---|---|---|

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 10/3/17 dismissing the above–captioned case.

Dated: <u>10/3/17</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 73